UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANEE JOHNSON, on behalf of herself and all those similarly situated and/or aggrieved,<br><br>Plaintiff,<br><br>v.<br><br>SUNRISE SENIOR LIVING MANAGEMENT, INC., a corporation; SUNRISE ASSISTED LIVING, an entity unknown; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-00443-AB-RAOx<br><br>**[PROPOSED] ORDER AND FINAL JUDGMENT** |

Gibson, Dunn & Crutcher LLP

By Order dated December 20, 2017, this Court granted Plaintiff's Motion for Final Approval of Class Action Settlement and granted in part and denied in part Plaintiff's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses. Dkt. 73.  Accordingly, and on the terms outlined in the Parties' Settlement Agreement (Dkt. 62), this Action is hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own attorneys' fees and costs, except as set forth in the Settlement Agreement and the Court's December 20, 2017 Order.  **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 26, 2018

Hon. André Birotte Jr.
United States District Judge